IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Cynthia M. Gaines, | ) | C/A No. 0:14-3363-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Petition for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA") filed March 9, 2016. See 28 U.S.C. § 2412. Plaintiff seeks an award of attorney's fees in the amount of $4,800.00. The petition was accompanied by a statement of hours by Plaintiff's attorney which supports the petition for attorney's fees. The defendant filed a response indicating that she does not object to the amount requested by the plaintiff.

The court has reviewed the fee motion and finds the requested amount reasonable. Accordingly, it is

**ORDERED** that Plaintiff's petition for attorney's fees pursuant to the EAJA be granted in the amount of $4,800.00 in attorney's fees. EAJA fees awarded by this court belong to Plaintiff and are subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to Plaintiff's counsel, Defendant is directed to make the payment due to Plaintiff's counsel. If Plaintiff has no debt subject to offset and no proper assignment has been made by Plaintiff to

counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

March 24, 2016
Columbia, South Carolina